Richard H. Murphy, Appellant, v. The City of New York and Others, Respondents, Impleaded with J. F. Walsh Construction Company.— Motion to dismiss appeal granted, with costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Fanny B. Newbery, Appellant, v. John D. Sullivan and Michael Schaffner, Respondents.— Motion denied on condition that plaintiff pay ten dollars costs, perfect her appeal, place the cause at the foot of the present calendar, and be ready for argument when reached. Otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Ignacio Caligola Pennica, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Motions to resettle order denied, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Fred J. Pollock, Respondent, v. Queens Land and Title Company, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

The People of the State of New York ex rel. Gaetano Quaranto, Respondent, v. Daniel Moynahan, as Collector of Assessments and Arrears of the City of New York, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Edward A. Richards, Respondent, v. The City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

John D. Stem, Respondent, v. Benjamin V. W. Owens, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

William E. White, Respondent, v. Nathan Schweitzer and Others, Appellants.— Motion for reargument denied, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Alexander G. Whitelaw, as Trustee, etc., Appellant, v. Frank G. Walther and Another, Respondents.— Motion denied, without costs, on condition that appellant within twenty days perfect his appeal, place the cause on the next calendar and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Frederick Winckler and Another, as Executors, etc., Respondents, v. Louis Winckler, Individually and as Executor, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

John Callahan, Appellant, v. Andrew Greis and Max Greis, Respondents.— Judgment dismissing plaintiff's complaint reversed, on the ground that the questions of defendants' negligence and plaintiff's freedom from contributory negligence were questions of fact proper to be submitted to the jury; and upon the stipulation of the parties the verdict of the jury in favor of the plaintiff is reinstated and judgment for plaintiff directed thereon, with costs to plaintiff appellant, both at the Trial Term and in this court. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.